# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERICK RAMIREZ, | ) | NO. CV 12-9852-SVW (MAN) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DAVID B. LONG, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court concludes that the Petition is untimely and accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

Accordingly, IT IS ORDERED that: (1) Respondent's motion to dismiss is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 31, 2014.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE