# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK RAMIREZ, | NO. CV 12-9852-SVW (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID B. LONG, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2014.

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE